IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RIAD AKEL,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

       Appellant,

v.

CASE NO. 1D15-3575

STATE OF FLORIDA,

       Appellee.

_____/

Opinion filed January 9, 2017.

An appeal from the Circuit Court for Clay County.
Don H. Lester, Judge.

William Mallory Kent, Jacksonville, for Appellant.

Pamela Jo Bondi, Attorney General, Angela R. Hensel, Assistant Attorney General,
for Appellee.

PER CURIAM.

     AFFIRMED.

ROBERTS, C.J., JAY and WINSOR, JJ., CONCUR.